

# NUMBER 13-25-00135-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

YSIDRO ARISMENDEZ,                                              Appellant,

v.

GOLDEN STAR PROPERTIES LLC,                                    Appellee.

---

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF BEE COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña**

On March 20, 2025, appellant filed a notice of appeal seeking to "alter the appealable order rendered on March 11, 2025" [sic][1] in trial court cause number BCV2401242. On March 21, 2025, the Clerk of the Court notified appellant that the notice

---

[1] The Order was signed March 10, 2025.

of appeal failed to comply with Texas Rules of Appellate Procedure 9.5 and 25.1. *See* TEX. R. APP. P. 9.5, 25.1. Appellant was instructed to correct the defects within thirty days from the date of the notice. On May 7 and May 15, 2025, appellant was again notified that the notice of appeal failed to comply with Texas Rules of Appellate Procedure 9.5 and 25.1. *See id.* Appellant was instructed that if he failed to cure the defects within ten days from the date of the notice, the appeal would be dismissed. *See id.* R. 42.3.

Additionally, upon review of the notice of appeal, appellant claims that he is presumed indigent. However, no statement of inability to afford payment of court costs was filed in either this court or the trial court, as required. *See id.* R. 20.1. Therefore, we are of the opinion that appellant is not entitled to proceed without payment of costs. *See id.* Accordingly, on June 10, 2025, the Clerk of the Court notified appellant that the filing fee was due within ten days from the date of the notice. Appellant has failed to pay a filing fee as instructed.

Appellant has failed to cure the defective notice of appeal, failed to pay the filing fee, and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
26th day of June, 2025.

2